ANDREW JAMES v. THE STATE.

No. 947.   Decided February 15, 1911.

**Sodomy—Indictment.**

   Where, upon trial of sodomy, the indictment followed approved precedent
the same was sufficient.   Following Lewis v. State, 36 Texas Crim. Rep., 37.

   Appeal from the Criminal District Court of Dallas.   Tried below
before the Hon. Ed Sewell.

   Appeal from a conviction of sodomy; penalty, ten years imprison-
ment in the penitentiary.

   The opinion states the case.

   No brief on file for appellant.

   *C. E. Lane,* Assistant Attorney-General, for the State.

   DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of sod-
omy, his punishment being assessed at ten years confinement in the
penitentiary.

   The record is before us without a statement of facts or bills of ex-
ception.   There was a motion made to quash the indictment upon what
might be termed a general demurrer, in that it alleges there is no vio-
lation of the law charged.   Under the authority of Lewis v. State, 36
Texas Crim. Rep., 37, we are of opinion the indictment is sufficient.
The indictment charges in this case, as it did in the Lewis case, supra,
that the offense was committed by copulation with a woman, in that he
penetrated her fundament or anus with his private parts.

   The only ground of the motion for a new trial is that the verdict
and judgment are contrary to the law and evidence.   The statement of
facts not being before us, we will presume that the facts were sufficient.

   There being no error the judgment is affirmed.

                                                      *Affirmed.*